POYLLON (UNITED STATES v.). See Case No. 16,081.

## Case No. 11,365.

### The PRAIRIE BIRD

[Cited in Bowers v. The European, 44 Fed. 491. Nowhere reported; opinion not now accessible.]